SIDNEY COLEMAN, Appellant, v. FLOSSIE COLEMAN, Respondent.— Motion denied, with ten dollars costs.

FARMERS SYNDICATE, INC., Respondent, v. F. KIESER & SON CO., INC., Appellant.— Motion denied.

RHEA FOUNTAINE, an Infant, etc., Respondent, v. FULD & HATCH KNITTING COMPANY, Appellant.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. DANIEL A. GETMAN, Respondent, v. FONDA, JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board, on the authority of *Gruber* v. *Kramer Amusement Corporation* (207 App. Div. 564), decided by this court January 9, 1924.

Before STATE INDUSTRIAL BOARD, Respondent. NORA GALLAGHER, Respondent, v. ENDICOTT-JOHNSON CORPORATION and Another, Appellants.— Motion denied.

LOUIS J. HALLENBECK, Respondent, v. STEVE O'CONNOR, Appellant.— Motion granted, with forty-five dollars, being amount of respondent's disbursements for copy of stenographer's minutes, but without costs.

LOUIS F. HARTMAN, Respondent, v. LYMAN H. BEVANS, Appellant, Impleaded with Others.— Judgment unanimously affirmed, with costs.

THE HARTWOOD CLUB, Respondent, v. REBECCA MORRIS VALUE, Appellant, Impleaded with Another.— Motion denied, with ten dollars costs.

JACOB INGBER, Respondent, v. HENRY W. SIEGEL, Appellant.— Motion granted, with ten dollars costs, unless, within thirty days, the appellant pays said costs and perfects appeal, in which case motion is denied.

Before STATE INDUSTRIAL BOARD, Respondent. KRISTENSE JAABACK, Respondent, v. THEODORE A. CRANE's SONS CO. and Another, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

Before STATE INDUSTRIAL BOARD, Respondent. CATHERINE KEENAN, Respondent, v. DUFORD GARAGE COMPANY and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. ARTHUR N. LE CLEAR, Respondent, v. FRANK A. SMITH and Another, Appellants.— Motion denied.

SARAH McGOVERN, Respondent, v. MORRIS STEINBOCK, Appellant.— Judgment and order unanimously affirmed, with costs.

J. HERMON McLEAR, Appellant, v. JOSEPH BALMAT and Others, Defendants, Impleaded with NORTHERN ORE COMPANY and Others, Respondents, and SYLVIA LAKE CO., INC., and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted, and the following questions certified: 1. Is the Northern Ore Company entitled to the enforcement of the options to purchase contained in the two leases dated September 13, 1903, Exhibits 15 and 16, in this action as provided in the judgment of Special Term as modified by the Appellate Division? 2. Should the judgment herein provide for the sale of the property free and clear of the two leases dated September 13, 1903, Exhibits 15 and 16, and the options therein contained?

MARY MEYER, Respondent, v. JOSEPH H. McSTRAVICK, Appellant.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. Mrs. ANNA MADURA, Respondent, v. THE CITY OF NEW YORK (BRONX PARKWAY COMMISSION), Appellant.— Motion denied.